**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

ALI KHAN #A201-939-250                    CIVIL ACTION NO. 1:26-0007 SEC P

VERSUS                                    JUDGE S. MAURICE HICKS, JR.

RICKEY SPINNER, ET AL.                    MAGISTRATE JUDGE WHITEHURST

**JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (Rec. Doc. 19), noting the absence of objection thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Petition for Writ of Habeas Corpus (Rec. Doc. 1) is **GRANTED**.  Respondents must release Petitioner as soon as reasonably possible and must notify the Court of Petitioner's release within 24 hours of Petitioner's release via email: motions_hicks@lawd.uscourts.gov.

**THUS DONE  AND SIGNED,** in Shreveport, Louisiana, this 27th day of July, 2026.

_____
S. Maurice Hicks, Jr.
United States District Judge